**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-24-07-GF-BMM** |
| Plaintiff, | |
| vs. | |
| | **ORDER** |
| AVIS BIG TRACK, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 30, 2025. (Doc. 54.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on July 30, 2025.  (Doc. 49.) The government accused Avis Big Track (Big Track) of violating the conditions of her supervised release by: (1) failing to follow the instructions of her probation officer on July 14, 2025 to remain home until her transportation to the residential reentry center in Billings, Montana on July 15, 2025; (2) failing to arrive for placement at the residential reentry center in Billings, Montana on July 15, 2025; (3) being in possession of marijuana on July 18, 2025; and (4) testing positive for methamphetamine and marijuana on July 18, 2025.  (Docs. 32 and 48.)

At the revocation hearing, Big Track admitted that she had violated the conditions of her supervised release 1, 2 and 4 as set forth in the Amended Petition. The Government moved to dismissed alleged allegation 3, which Judge Johnston granted.  (Doc. 49.)

Judge Johnston found that the violations Big Track admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence of 9 months with no supervised release to follow. (Doc. 54.) The Court advised Big Track of her right to appeal and to allocute before the undersigned, she waived those rights.  (Doc. 49.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's  Findings and

Recommendations (Doc. 54 ) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Defendant Avis Big Track be sentenced to a term of custody of 9

months with no supervised release to follow.

DATED this 31st day of July 2025.


Brian Morris, Chief District Judge
United States District Court